IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01393-WYD-KLM

MONICA RICE,

    Plaintiff,

v.

SENTRY CREDIT, INC, a foreign corporation,
EQUIFAX, INC., a foreign corporation,
EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, and
DOES 1 TO 10, inclusive,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Telephonic Appearance at Scheduling Conference** [Docket No. 13; Filed September 5, 2013] ("Plaintiff's Motion") and **Defendant Experian Information Solutions, Inc.'s Motion for Leave to Appear at Rule 16 Scheduling Conference Via Telephone** [#14] (the "Experian Motion" and, collectively with Plaintiff's Motion, the "Motions").  As an initial matter, Plaintiff's Motion [#13] does not comply with D.C.COLO.LCivR 7.1A, which provides as follows:

> The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

Plaintiff's Motion [#13] is subject to denial on this basis alone.  Nevertheless, in the interest of expedience,

    IT IS HEREBY **ORDERED** that the Motions [##13, 14] are **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that Plaintiff's counsel and counsel for Defendant

1

Experian Information Solutions, Inc. ("Experian") may appear by telephone at the Scheduling Conference on September 17, 2013 at 10:30 a.m. by dialing the Court at **303-335-2770**. Plaintiff's counsel and Defendant Experian's counsel must initiate a conference call between themselves before dialing the Court. If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves, Plaintiff's counsel, and Defendant Experian's counsel before dialing the Court.

Dated: September 5, 2013