IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01393-WYD-KLM

MONICA RICE,

      Plaintiff,

v.

SENTRY RECOVERY & COLLECTIONS, INC., a foreign corporation;
EQUIFAX, INC., a foreign corporation;
EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; and
DOES 1 to 10, inclusive,

      Defendants.

## ORDER

In accordance with the Notice of Voluntary Dismissal With Prejudice as to Defendant Equifax, Inc., a Foreign Corporation Only filed November 11, 2013 (ECF No. 23), it is

ORDERED that Defendant Equifax Inc., a foreign corporation, is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  November 12, 2013.

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel,
                                            Senior United States District Judge