IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01393-WYD-KLM

MONICA RICE,

   Plaintiff,

v.

SENTRY RECOVERY & COLLECTIONS, INC., a foreign corporation;
EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; and
DOES 1 to 10, inclusive,

   Defendants.

## ORDER

In accordance with the Stipulation to Dismiss With Prejudice as to Defendant Experian Information Solutions, Inc., Only filed December 5, 2013 (ECF No. 26), it is

ORDERED that Defendant Experian Information Solutions, Inc. is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney fees.  It is

FURTHER ORDERED that the parties shall update the caption to remove all dismissed parties.

Dated:  December 6, 2013.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel,
Senior United States District Judge