IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01393-WYD-KLM

MONICA RICE,

    Plaintiff,

v.

SENTRY RECOVERY & COLLECTIONS, INC., a foreign corporation; and DOES 1 to 10, inclusive,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Notice of Voluntary Dismissal of Entire Action With Prejudice filed December 6, 2013 (ECF No. 28), it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**.

Dated:  December 6, 2013.

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel,
                                          Senior United States District Judge